## GIALLORENZI v. CAGGIANO.

(Supreme Court, Appellate Term. June 13, 1900.)

COURTS—JURISDICTION—RESIDENCE OF DEFENDANT.
    A judgment of the municipal court against a defendant not shown by the complaint or the evidence to have resided within the city of New York, as constituted when the action was commenced, must be reversed.

Appeal from municipal court, borough of Manhattan.

Action by Alfred U. Giallorenzi against Vincenzo Caggiano. From a judgment in favor of the plaintiff, defendant appeals. Reversed.

Argued before BEEKMAN, C. J., and GIEGERICH and O'GORMAN, JJ.

Thomas W. McKnight, for appellant.
Alfred U. Giallorenzi (Charles D. Folsom, of counsel), in pro. per.

PER CURIAM. The complaint does not show that the defendant at the time of the commencement of the action was a resident of the city of New York, as the same is now constituted, nor was any proof given upon the trial showing that such was the case.

Judgment reversed, and a new trial ordered, with costs to abide the event.